THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI JACOBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE CHILDREN'S HOSPITAL,<br><br>　　　　　Defendant. | CASE NO. C24-0874-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay pending mediation (Dkt. No. 11). The Court, finding good cause, GRANTS the motion and VACATES the deadlines in the Court's prior scheduling orders. The case is stayed until January 4, 2025, by which time the parties shall either inform the Court that the case has been settled or confer and propose a new case schedule and trial date.

DATED this 25th day of September 2024.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C24-0874-JCC
PAGE - 1